UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF FEGS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FALAK LTC,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 17-08056 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　):ss:
COUNTY OF NEW YORK　)

　　Denise A. Harris, being duly sworn, affirms, deposes and says:

　　I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein. On March 24, 2017 I caused the *Summons and Notice of Pretrial Conference in an Adversary Proceeding, and the Complaint to Avoid Preferential*

*Transfers and to Recover Avoided Transfers or the Value Thereof* to be served on the parties listed on the annexed Service Lists, in the manner indicated.

/s/ Denise A. Harris
Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
28th day of March, 2017

/s/ G. Karen Brown
G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2019

## SERVICE LIST

**First Class Mail**
FALAK LTC
2730 East Tremont Avenue
Bronx, NY 10461

**Certified Mail Return Receipt**
FALAK LTC
2730 East Tremont Avenue
Bronx, NY 10461