UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| FEDERATION EMPLOYMENT AND GUIDANCE SERVICE, INC. d/b/a FEGS, | Case No. 15-71074(REG) |
| Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FEGS, | Adv. Proc. No. 17-08056 |
| Plaintiff, | |
| vs. | |
| FALAK LTC, | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ):ss:
COUNTY OF NEW YORK    )

Denise A. Harris, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.  On July 12, 2017 I caused the Supplemental *Summons and Notice of Pretrial Conference in an Adversary Proceeding and the Complaint to Avoid Preferential Transfers and to Recover Avoided Transfers or the Value Thereof* to be served on

the parties listed on the annexed Service List, in the manner indicated.

/s/Denise A. Harris_____
Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
14th day of July, 2017

s/Cynthia E. Strachon_____
Cynthia E. Strachon
NOTARY PUBLIC, STATE OF NEW YORK
Registration No.: 01ST6196355
Qualified in New York County
Commission Expires: November 17, 2020

## SERVICE LIST

**First Class Mail**
FALAK LTC
2730 East Tremont Avenue
Bronx, NY 10461

**First Class Mail**
Attn: Officer, or Director, or Registered Agent,
or Managing Agent
FALAK LTC
2730 East Tremont Avenue
Bronx, NY 10461

**First Class Mail**
Falak Pharmacy
2730 East Tremont Avenue
Bronx, NY 10461

**First Class Mail**
Attn: Officer, or Director, or Registered Agent,
or Managing Agent
Falak Pharmacy
2730 East Tremont Avenue
Bronx, NY 10461

**Certified Mail Return Receipt**
FALAK LTC
2730 East Tremont Avenue
Bronx, NY 10461

**Certified Mail Return Receipt**
Attn: Officer, or Director, or Registered
Agent, or Managing Agent
FALAK LTC
2730 East Tremont Avenue
Bronx, NY 10461

**Certified Mail Return Receipt**
Falak Pharmacy
2730 East Tremont Avenue
Bronx, NY 10461

**Certified Mail Return Receipt**
Attn: Officer, or Director, or Registered
Agent, or Managing Agent
Falak Pharmacy
2730 East Tremont Avenue
Bronx, NY 10461