UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>      Debtor. | Chapter 11<br><br>Case No. 15-71074 (REG) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF FEGS,<br><br>      Plaintiff,<br><br>vs.<br><br>LOEB & TROPER LLP,<br><br>      Defendant. | Adv. Proc. No. 17-08100 |

## INITIAL PRETRIAL ORDER

Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be made on or before fourteen days of the entry of this Order by the Court.

Fact discovery shall be completed on or before July 31, 2018.

Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served by the party which bears the burden of proof for that issue no later than August 31, 2018. Any Party's expert report intended to rebut any other expert report, including any other expert reports that may be filed earlier than the deadlines, established in this subparagraph, shall be provided no later than September 30, 2018. All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B). All expert discovery shall be completed no later than October 31, 2018.

Any dispositive motions shall be filed on or before December 15, 2018 or the relief sought in such motions shall be deemed to have been waived.

*An interim pretrial conference will be held on February 6, 2018, at 1:30 p.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York.  At that time, the Court will schedule a final pretrial conference.*  In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing.  Subject to further order of the Court, at the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Attorneys for Plaintiff The Official Committee of Unsecured Creditors of Federation Employment and Guidance Service dba FEGS | **STROOCK & STROOCK & LAVAN LLP**<br>Counsel for Defendant Loeb & Troper LLP |
| By:   */s/ Ilan D. Scharf*<br>     Ilan D. Scharf, Esq.<br>     Beth E. Levine, Esq.<br>     780 Third Avenue, 34th Floor<br>     New York, NY 10017<br>     Tel: (212) 561-7700<br>     Email:  ischarf@pszjlaw.com<br>                blevin@pszjlaw.com | By:   */s/ David M. Cheifetz*<br>     James L. Bernard, Esq.<br>     David M. Cheifetz, Esq.<br>     180 Maiden Lane<br>     New York, NY 10038<br>     Tel: (212) 806-5684<br>      Email: jbernard@stroock.com<br>                 dcheifetz@stroock.com |

**SO ORDERED:**



Dated: **Central Islip, New York**
       **November 8, 2017**

        **Robert E. Grossman**
   **United States Bankruptcy Judge**