UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FEDERATION EMPLOYMENT AND GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-71074 (REG) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FEGS,<br><br>                Plaintiff,<br><br>vs.<br><br>LOEB & TROPER LLP,<br><br>                Defendant. | Adv. Proc. No. 17-08100 |

## AMENDED PRETRIAL ORDER

Fact discovery shall be completed on or before September 30, 2018.

Any expert report required pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) shall be served no later than November 15, 2018. Any Party's expert report intended to rebut any other expert report, including any other expert reports that may be filed earlier than the deadlines, established in this paragraph, shall be provided no later than December 31, 2018. All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B). All expert discovery shall be completed no later than January 31, 2019.

Any dispositive motions shall be filed on or before February 28, 2019 or the relief sought in such motions shall be deemed to have been waived.

DOCS_NY:37954.2

A final pretrial conference will be held on March 11, 2019 at 1:30 p.m. in Courtroom 860, United States Bankruptcy Court, Central Islip, New York.  In the event a dispositive motion is filed, the Court will adjourn the final pretrial conference to the date of such hearing.  At the final pretrial conference, the Court will issue a Final Pretrial Order scheduling the deadline for filing a joint pretrial memorandum and scheduling a trial date.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Attorneys for Plaintiff The Official Committee of Unsecured Creditors of Federation Employment and Guidance Service dba FEGS | **STROOCK & STROOCK & LAVAN LLP**<br>Counsel for Defendant Loeb & Troper LLP |
| By:  /s Ilan Scharf<br>     Ilan D. Scharf, Esq.<br>     Beth E. Levine, Esq.<br>     780 Third Avenue, 34th Floor<br>     New York, NY 10017<br>     Tel: (212) 561-7700<br>     Email:  ischarf@pszjlaw.com<br>                blevine@pszjlaw.com | By:   /s James Bernard<br>     James L. Bernard, Esq.<br>     David M. Cheifetz, Esq.<br>     180 Maiden Lane<br>     New York, NY 10038<br>     Tel: (212) 806-5684<br>      Email: jbernard@stroock.com<br>                 dcheifetz@stroock.com |

**SO ORDERED:**



| | |
|---|---|
| **Dated: Central Islip, New York**<br>**July 19, 2018** | **Robert E. Grossman**<br>**United States Bankruptcy Judge** |